MICHAEL E. GATES, City Attorney (SBN 258446)
BRIAN L. WILLIAMS, Chief Trial Counsel (SBN 227948)
DANIEL S. CHA, Sr. Deputy City Attorney (SBN 260256)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
FAX (714) 374-1590
Email: Brian.Williams@surfcity-hb.org
       Daniel.Cha@surfcity-hb.org

Attorneys for Defendants
CITY OF HUNTINGTON BEACH, MATTHEW
REZA and ALEXANDER DURHAM

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIEK ROSIER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH, a governmental entity; MATTHEW REZA individually; ALEXANDER DURHAM, individually; and DOES 1 through 10,<br><br>    Defendants. | Case No: SACV 18-2175 DOC (DFMx)<br><br>**JUDGMENT** |

/ / /

/ / /

/ / /

1

# **JUDGMENT**

On December 11, 2019, this Court dismissed with prejudice Plaintiff Maliek Rosier's First Claim as to false arrest only, and the entirety of the Second through Fourth and Eight Claims.

On February 11, 2020, with the Honorable David O. Carter presiding, this matter came on for jury trial on the remaining claims between Plaintiff Maliek Rosier and the remaining Defendants Officers Matthew Reza and Alexander Durham, and the City of Huntington Beach. After hearing the evidence and the arguments of counsel, the case was submitted to the jury on February 14, 2020. The jury deliberated and, on February 18, 2020, the jury rendered a unanimous verdict in favor of Defendants on all the remaining claims.

Pursuant to Federal Rules of Civil Procedure, Rules 54(a) and 58(b), by reason of the referenced verdict, and by reason of the Court's prior orders in this action dismissing certain claims, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

Plaintiff Maliek Rosier shall recover nothing, and this action is dismissed in its entirety on the merits; and

/ / /

/ / /

/ / /

Defendants City of Huntington Beach, Officer Matthew Reza, and Officer Alexander Durham are the prevailing parties for the purpose of any recovery of allowed costs against Plaintiff Maliek Rosier under Federal Rules of Civil Procedure, Rule 54(d) and Central District Local Rule 54-1, *et seq.*

DATED: March 10, 2020

_____
HON. DAVID O. CARTER